AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00105 |
| | ) | Assigned to: Judge Faruqui, Zia M. |
| Vitali GossJankowski | ) | Assign Date: 1/18/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a) and (b)(1)(A) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority while Using or Carrying a Dangerous Weapon |
| 40 U.S.C. 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Scott B—*

Complainant's signature

Scott Brown, Detective, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/18/2021                                 2021.01.18 10:16:43 -05'00'

Judge's signature

City and state: Washington, D.C.            Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*