AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Vitali GossJankowski<br><br>*Defendant* | ) Case: 1:21-mj-00105<br>) Assigned to: Judge Faruqui, Zia M.<br>) Assign Date: 1/18/2021<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Vitali GossJankowski,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a) and (b)(1)(A)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority while Using or Carrying a Dangerous Weapon

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/18/2021

2021.01.18
10:15:27
-05'00'

*Issuing officer's signature*

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/19/2021, and the person was arrested on *(date)* 01/19/2021
at *(city and state)* Washington DC

Date: 01/19/2021

*Arresting officer's signature*

Steven Caldwell  DEO
*Printed name and title*